1  Edward A. Schade (State Bar No. 165061)
     eschade@surewest.net
2  **ASHTON & PRICE, LLP**
   8243 Greenback Lane
3  Fair Oaks, California 94628
   Telephone: (916) 786-7787
4  Facsimile: (916) 786-7625

5  Attorney for Plaintiff GLORIA LAMB

6  David V. Roth, Esq. (State Bar No. 194648)
     dvr@manningllp.com
7  Batkhand Zoljargal, Esq. (State Bar No. 262918)
     bxz@manningllp.com
8  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
9  One California Street, Suite 900
   San Francisco, California 94111
10 Telephone: (415) 217-6990
   Facsimile: (415) 217-6999

Attorneys for Defendant, DOLLAR TREE
STORES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA LAMB, | **Case No.** 2:18-cv-01742-WBS-AC |
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| DOLLAR TREE STORES, INC., and DOES 1 to 25, | |
| Defendants. | |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

1

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| DATED: September 20, 2019 | **ASHTON & PRICE, LLP** |

By: ___/s/ Edward A. Schade___
Edward A. Schade, Esq.
Attorney for Plaintiff Gloria Lamb

| | |
|---|---|
| DATED: September 20, 2019 | **MANNING & KASS**<br>**ELLROD, RAMIREZ, TRESTER LLP** |

By: ___/s/ David V. Roth___
David V. Roth, Esq.
Batkhand Zoljargal, Esq.
Attorneys for Defendant Dollar Tree Stores, Inc.

## FILER'S ATTESTATION

I attest that the concurrence in the filing of this document has been obtained from all signatories.

| | |
|---|---|
| DATED: September 20, 2019 | **ASHTON & PRICE, LLP** |

By: ___/s/ Edward A. Schade___
Edward A. Schade, Esq.
Attorney for Plaintiff Gloria Lamb

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: September 24, 2019

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE